Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia   ▾

_____ Division

Case: 1:23−cv−02583
Assigned To : Unassigned
Assign. Date : 8/23/2023
Description: Pro Se Gen. Civ. (F−DECK)

Mehul Sharma

)
)
)

Case No. _____

)

*(to be filled in by the Clerk's Office)*

)

*Plaintiff(s)*

)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

)

Jury Trial: *(check one)*  ☐ Yes  ☑ No

)

**-v-**

)
)

See Attached in Defendants.pdf

)
)
)
)

*Defendant(s)*

)

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Mehul Sharma |
| Street Address | The Lodge, Ballysallagh Lower |
| City and County | Hacketstown, County Carlow |
| State and Zip Code | Ireland R93CT80 |
| Telephone Number | +353 85 736 0702 |
| E-mail Address | rachaelksharma@gmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

RECEIVED

AUG  23  2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of  5

Names of Defendants:

Robert Storch

Lloyd Austin

Thomas A. Monheim

Robin Ashton

Michael E. Horowitz

Defendant No. 1

| | |
|---|---|
| Name | Lloyd Austin |
| Job or Title *(if known)* | Secretary of Department of Defense (DoD) |
| Street Address | 1600 Pennsylvania Avenue N.W. |
| City and County | Washington, DC |
| State and Zip Code | 20500 |
| Telephone Number | (202) 456-1111 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Michael E. Horowitz |
| Job or Title *(if known)* | Inspector General of the Department of Justice |
| Street Address | 950 Pennsylvania Avenue, N.W. |
| City and County | Washington, D.C. |
| State and Zip Code | 20530 |
| Telephone Number | (202) 514-3435 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Robin Ashton |
| Job or Title *(if known)* | Inspector General of CIA |
| Street Address | |
| City and County | Washington, D.C. |
| State and Zip Code | 20505 |
| Telephone Number | (703) 374-7400 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Robert Storch |
| Job or Title *(if known)* | Office of Inspector General of DoD and NSA |
| Street Address | 4800 Mark Center Drive |
| City and County | Alexandria |
| State and Zip Code | VA 22350-1500 |
| Telephone Number | (703) 604-8300 |
| E-mail Address *(if known)* | |

Additional Defendant:


Thomas A. Monheim

Inspector General of the Intelligence Community
Office of the IC IG
Reston 3
Washington, DC 20511

ICIGHotline@odni.gov

855-731-3260

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1331cv  Fed. Question: Other Civil Rights

Statutes requesting reasonable opportunity for further investigation or discovery in relevance to the complaint:  18 USC §2340, 18 USC §2261A, 18 USC §1832, 18 USC §2332b, 18 USC §241 18 USC §242, 18 USC §2511

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

        b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Statement of Claim pages are attached as Statement-of-Claim.pdf

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief pages are attached as Relief.pdf

COMPLAINT BRIEF
===============

15+ years of harassment and torture by the US Intelligence agencies in a collective and
collaborative manner and continuing til date, to make me submit myself and my unique
decentralized cloud computing software, know-how and other world-changing intellectual
properties developed, like 3-dimensional antennas, wireless mobile base stations with
unique mobile host roaming mechanism, Air Mesh radar for capturing 2 and 3 dimensional
images of flying objects, unique very long-range light electric vehicles and other, all
using my own funds over a period of 20 years.  Below, in the COMPLAINT section, are the
complete details.


With preponderance beyond a reasonable doubt, the factual physical interfacing, as you
will read in the complaint below, at the organization and individual level will show that
multiple parties are involved in unconstitutional collective collaboration practices:

Department of Defense - DoD [NSA and other possible organizations under it, like DIA, Air
Force]
Department of Justice - DoJ [FBI and other possible organizations under it]
Central Investigation Agency - CIA
Organizations such as United States Patent and Trademark Office and Boston University
used as refuge and orchestrations
Organizations from the governments of Ireland, India, Spain, Portugal and possibly others
used for orchestrations and delegation of tasks.


**** I would request the court to consider giving a reasonable opportunity for further
investigation or discovery, as there is a strong likelihood that the additional
evidentiary support will show the full criminality and the intentions of the doers,
directors and supporters and their collective unconstitutional collaborative practices.
****


Below are some points that may be deemed appropriate to an opening of an investigation,
as this is primarily a crime against the citizens of US and its Constitution:

--  The Department of Justice already has a complaint from me that was forwarded to them
by the Department of Defense.  As of August 23, 2023, the DoJ has not responded, even
after requesting three times that they give me some sort of confirmation or ticket number
that they received the complaint.

-- Complaints via online forms, e-mails, as well as physical registered mail have been
sent to the following:
        - Inspectors General Offices of Department of Defense [Robert Storch], CIA, NSA,
Office of the Director of Intelligence Community [Avril Haines], Attorneys General of the
states of MA, VA and RI, the Vice President Kamala Harris.  Other than getting an e-mail
that the DoD has forwarded our complaint to the DoJ, we have not received any
acknowledgement of receipt.
        - Two complaints were sent to the FBI from tips.fbi.gov, one of which was
specific to their Boston, MA office

-- Qualified Immunity and other delaying and brushing-aside tactics are very likely to be
used, since a whole group of different agencies, corporates and international governments
are involved.

--  High-severity violations of criminal codes in the open across local and international
jurisdictions:

    - Torture
    - Stalking
    - Theft of trade secrets
    - Acts of terrorism transcending national boundaries
    - Conspiracy against rights
    - Deprivation of rights under color of law
    - Wire and electronic communications interception and interception of oral
communication

-- US federal intelligence agencies do covert operations and are adept at hiding their tracks. Plus, under the guise of security, they have access to almost everything they can lay their hands on and literally make others do what they want by producing a framed persona of the victim, as well as using legal and other threats, to say the least. Apart from this, these intelligence agencies have their own huge, highly trained drama company, which other than being present at the destination where one is going, is excellent at doing the job of the man-in-the-middle either via chat, email, voice conversations, etc., as I have experienced over a large period of time and decoded all their ill-intentioned dark work in a separate document, which I may produce as a report in the court.


NOTE REGARDING SUMMONS
----------------------

Summons are to be sent to the following officers and offices because:

    1.  Their offices, such as the Inspectors General offices, have investigative authority and oversight over their organizational bodies under their jurisdiction.

    2.  The summons will likely make them wake up to the fact that this Complaint is official in the District Court of the District of Columbia, and it may be a criminal violation to directly or indirectly continue the torture and harassment across jurisdictions upon the Plaintiff.

    3.  The Federal District Court of the Distric of Columbia may call for an investigation to be opened, in which case it is very likely that the same Inspectors General offices may be contacted due to their specific jurisdiction and investigative powers for their respective organizations.


Below, in the complaint, "they" refers mainly and solely to the Department of Defense [DoD - The Pentagon] and all their collaboratively partnering inter- and intra- :

    - federal government agencies [CIA, NSA, FBI, and others].
    - organizations and corporates [like Boston University, USPTO, Google, Amazon, Microsoft and others].
    - State Government organizations like police, fire department, National Grid and others.
    - international governments like India, Ireland, Spain, Portugal and others.


COMPLAINT
=========


1]  My main claim is that the Department of Defense [the Pentagon] and their internally collaborating inter- and intra- governmental agencies (for example, NSA, CIA, FBI and others] have
    a project file or files about me.  In my project file[s] is contained all the information regarding their tasks, strategy, techniques, personnel, gadgets, medication, media footage and all-inclusive data showing what they have done directly or indirectly to me and my family, along with the help of external corporates [Google, Amazon, others] and governments [India, Ireland, Spain Portugal and others].  Once these files are opened and presented to me, they can be used in this case to show complete justifying evidence of the high-grade criminality performed on me and my family and the United States Constitution and its citizens.


2]  Department of Defense [the Pentagon], with their multi-billion dollar cloud computing project has an immediate requirement for my decentralized, cloud computing software and know-how.

    With my software, they would have absolutely no dependence on any other external vendor. They want me to submit my software and myself to enable them, and have used extreme trickery, religious fundamentalism, fear tactics and all dark methods imaginable to enslave me and make me submit my software, know-how and intellectual properties.

My software, which I wrote ground up with my own funding and knowledge, and made free to the world via an official global release and ceremony, completely eliminates the need for practically all existing cloud computing hardware, like switches and routers, servers and storage, and software like OpenStack and VMWare. This is what everything in cloud computing today uses. My software runs on 5x5 inch system-on-chip servers, and are all automated and completely fault-tolerant, and can run in a closet, as compared to a datacenter. The exponential reduction in cost and complexity and the absolute ease of its functionality with its built-in automation, among other features, made it most attractive to the Pentagon, especially when they can get an individual for free to do it for them.

3] I got on the radar of the Department of Defense and Federal Intelligence agencies after I accepted an invitation by Mitre Corporation in Bedford, MA [in proximity to the Hanscom
    Airforce Base] for a meeting at their premise about 18 years ago.

    I had made enhancements to a software called CVW [Collaborative Virtual Workspace], which Mitre had made opensource, and which was used by the CIA, FBI, Defense Intelligence agencies, Department of Defense and all other secret services internally for their collaboration and assigning of projects and tasks. My enhancements made it possible for CVW to work on wireless mobile broadband, while making its usability much easier. While I was there at the meeting with their actual core engineers who had developed CVW and other top secret software for the US, I happened to mention also about my idea of what I was actually developing on my own. This was called "Air Mesh", which I described as increasing the noise in the signal-to-noise ratio such that 2 or 3-dimensional images of flying objects could be captured with my own 3-dimensional, multi-phase, non-line-of-sight antennas which I had invented. I was very young, and I did not realize at the time that this was exactly what the core research and founding principle focus and need of Mitre then and today. My mobile broadband technology, along with its 3-D antennas and its mobile host roaming mechanism, was an enhancement to Wifi, what we are used to today, about 18 years ago, and did the job of what 5G does today. The core team with whom I met, among them Deb Ercolini, Steven Jones and their project manager Anita King, were shocked and dumbfounded at what I showed them and asked me how I was able to do such things. Mitre does everything for the Air Force and DoD itself. This was the time that I was brought onto the radar of the Federal Intelligence agencies. Starting at this point, things started deteriorating in peculiar ways, but I did not know at that time the reason.

4] I was taken sneakily, without my permission, to a building with an undisclosed floor level in Silicon Valley, CA, to the CIA's venture fund office.

    I was looking for funding from venture capitalists to further develop my cloud-computing software. I took a flight from Boston to San Jose, CA. On the aircraft I was seated next to an Indian man who started a conversation with me and talked about satellite signaling, antennas and ultra-wide band and encryption, compression and ideas, etc. I shared in the conversation different ideas and ways to do things which could make it very easy for him to simplify the complex way that he and his company were doing things. Upon reaching California, Rao Guttupalli, VP of Engineering of Tilera, which was selling DoD's DARPA-funded many-core processor that was developed at MIT, picked me up at the airport for meetings with Intel Capital and a few other investors the next day. The first place that I was taken to, without my knowledge or permission, was the CIA's venture capital wing in the Silicon Valley. This location was at a building which contained an unmarked floor where this office was. Once I realized where Rao had brought me, I told him that these are dangerous people to deal with and I did not want anything to do with them. He mentioned that this was Silicon Valley, and it was just a presentation. Before I knew it, we were in their office, meeting with the people, and I showed my entire presentation and shared the know-how of how I planned to finish my software and how it would be a replacement for most cloud computing products, like Cisco, Juniper, VMWare, OpenStack, etc. These incidents are not just coincidences. Also, the CIA learned about what I was developing, and considering that the Pentagon's multi-billion dollar cloud-computing project contract was close to being given out to prospective corporates, my software would have been a perfect and logical fit for their needs.

5] Boston University and USPTO were a refuge of the DoD and its partnering agencies/organizations to look for a chance to get my intellectual properties. Their

main aim was to get me to
    work and disclose my intellectual properties direcly to them or to any US-based
entity or organization where they have direct access.  I never worked at these places in
context to my intellectual properties or development of my code.  I worked for the
specific job description.

EXAMPLES:

    -- Similar ruffian goon-type people with horrendous insults and filthy language were
present at both of my main workplaces of Boston University and USPTO.

    -- At Boston University, these Intelligence agencies framed me or had me framed as
an Islamic Fundamentalist and a Russian Communist sympathizer.

    At Boston University, one of my colleagues, Ghassan Tabbara, once added a new
username on my officially-assigned desktop machine while he was sitting next to me in my
office chatting. He thought he had distracted me and that I wouldn't notice. But I
clearly saw him type the "useradd" command on my terminal. After a day to two, Laura
Fulton, from the Infosec department came into my office and mentioned that my computer
had been connected to dangerous domains or websites, and that a complete check of the
system needed to be done.  This person was also an Intelligence community
informant/tipster, as mentioned in the biography on her Boston University webpage.  She
was the one who came in and did all the checking. This is clearly an open-framing method
which gives these US government spies the ability to enter someone into their database
and systems as a "dangerous person."

    Ghassan Tabbara also many times mentioned that he had a cousin working in Saudi
Arabia who was paid very well on a Linux job, and wondered if it was worth leaving his BU
job to go there. He also asked me if I would like to go there as the pay was much higher.
Once when we were working in his office on a Linux-related issue, he acted as if he
didn't notice I was sitting next to him.  He then acted like he was typing in a password
on the terminal, whereas it wasn't a password prompt.  He typed the word "Islam" and some
number "7 the Great", or something on those lines.  Then, he suddenly pretented by be
embarrassed that I might have seen, and he quickly hit the backspace key and deleted it.
A few moments after that, he got a call from someone and was speaking in Arabic. After
the call he said that it was his friend calling from "Libya" via a different phone
service so that he can reach Ghassan and not get on the radar of spy agencies. Ghassan
would tell me "Why make enemies with the guards/soldiers when you can give them fruits?"
At that time, there were military operations happening in Libya.  I did not understand
this until much later.  This incident again puts me into a close frame of "dangerous
Islam". Another person with the last name Sharma, who was employed a short time after I
was hired, said she was "brought up" in Libya.

    My other colleague, Yuri Ishakov, was always insistent that I learn Russian.  He
would come in at least two times per day and teach me Russian, talk about Russian
weapons, aircraft and his life in the USSR prior.  Once, on my lunch break, I was asked
to hang around in my Manager Nik Conwell's room along with a few other colleagues.  Nik
played "funny" videos on his computer screen, which were actually disturbing in nature.
These were Russian videos which showed military fighter planes caught on dashcam flying
just above the street lights on road, and also a person coming out of their car, opening
the door of another vehicle and punching the man, and other absurdities. Clearly, this
was framing, with colleagues used as evidence, that I was asking for Russian videos to be
played and was Russian influenced, etc. They wanted to make it appear that these
particular videos, which were showing brutality, was something that I considered funny.
This is just an external example of how many other such videos and websites could have
been shown very easily to make it seem that they were coming from my IP address, when
they obviously were not.

    My car was met by at least four consecutive accidents, all openly documented with
insurance claims.  One happened at the Concord, MA rotary where my car had slowed down to
a stop.  I saw a pickup truck in my rearview mirror, and I saw the driver fall onto his
righthand side before the pickup came driving right into the back of my car and crash
forcefully into it, causing me to be abruptly flung forward.  That driver, Kamil,
mentioned that he worked at the railroad on a night shift, and said that "he fell
asleep", though he clearly and  purposefuly laid down on his right side to make it
appear he had fallen asleep. A couple of days before his crash, my colleague, Ghassan
Tabara mentioned that his nephew had been rear-ended and was almost paralyzed.  My other
colleague, Frank Lonigro, mentioned that he could not make it to work, stating that his
vehicle had been rear-ended and totalled after someone crashed into him when he braked on

the highway.  They were trying to tell me in advance what they were going to do.

     Upon renting the same car, Dodge Charger, of the same make and model, I noticed
that the brakes were very good, indicating to me that my Charger had delayed braking and
would respond quite slowly. In another incident on Route 2 in MA on the way to Boston to
work, someone sped in the breakdown lane, and stayed at the the same speed as myself for
a about 10 seconds, and then when I was sipping my coffee, he sped ahead and cut in
towards my vehicle very abruptly. I could not break suddenly, and had to make an
immediate turn of the steering wheel, which made my vehicle slide forward sideways for
some time before I could get it back under control. Numerous attempts to take me by
surprise and run me off the road or collide with other vehicles have been done.

     Another accident worth mentioning was again on Route 2 in promiximity to Alewife
station where a car rear-ended me.  I was driving a rented car because of substantial
damage to my own car.  I was rear-ended from another car from behind, and so my rental
car ended up rear-ending the vehicle ahead of me. Upon talking with the driver from that
vehicle, he mentioned that he worked at MIT and gave me his card. This person of British
origin was mentioned in some articles as one of the most powerful men in wireless
technology. I had interacted with him from my BU email account. This again points to
wireless to MIT to MITRE and DoD [DARPA] which funds many projects at MIT. This again is
similar to the MIT-related Tilera VP taking me to the CIA's venture fund.  This is not a
coincidence.

     A new person, Bob Costa, was employed at Boston University, who was a tall, fat
goon literally, and claimed to be a close associate of the number 2 or 3 New England
Italian mafia boss who was currently serving a prison sentence. He was in the process of
starting his own strip club. This person would show me pornography during meetings, talk
about the most inappropriate things about women, update tickets assigned to me or his
group that pointed all the work, responsibility and fault only towards me, and he would
always talk about Microsoft and how he bought a new Microsoft phone, how he's learning
Microsoft C++, a Microsoft major relation.  All he would do was watch movies and other
videos on Youtube, so it was clear that this person was employed only to make my life
difficult and to rough me up.  This person was used to constantly make my life at work
difficult and to intimidate me.  This exact same type of person was used at my employment
at USPTO.

     Another standout incident worth mentioning that relates to Tilera, MIT, DoD and
CIA, is that after my trick visit to the CIA's venture fund, Rao introduced me to the VP
of Tilera, Mr. Aggarwal.  Mr. Aggarwal was the VP of sales and marketing of Tilera, and
he invited me to meet him in a restaurant in Foxborough, MA, which I did, on my way back
from BU.  He mentioned to me that his daughter also studied at BU, and he inquired about
my technology and said that he was looking to be the CEO of a company and looking for
some technology that was proven and worthy.  Upon my not showing any interest in having
him be my CEO or have him participate in anything with my technology, he loudly
proclaimed, "I will slap you!"  Upon hearing him say this, I picked up my pen and paper
and immediately left.  It is important to note that the Founder of Tilera, Anant
Aggarwal, is a professor at MIT, and he was involved with the DoD's DARPA-funded Tilera
processor project and possibly many other research projects.  These are clear
orchestrations of the DoD.

     Quinn Shamblin who was the head of the Infosec department at Boston University
was a U.S Navy officer and he abruptly left his job. Another person hired as one of the
managers of Networking Security group [NSEG] was an engineer in the Navy who had worked
in a nuclear submarine, and was called back to duty to serve in the nuclear submarine and
left abruptly. I knew both of these people as I worked with them.


     -- After the troubles at Boston University, I moved with my family at my own expense
to Virginia to work for USPTO [AEEC the IT contract holder at Ballenger Drive] in
Alexandria, VA.  At USPTO they tried to force me to get my US citizenship and get top-
secret clearance.  Bill Handy, Bob and another colleague, told me multiple times about
going to an "undisclosed location in an airplane that lands on a hidden airstrip between
two mountains with a hidden, underground datacenter."  The point was that I did not join
USPTO to go to an undisclosed location. Bob was used to intimidate me, and would use the
most inappropriate, filthy language that could ever be expected of a civilized person.
He once boasted about eating buffalo meat at an Islamic restaurant and told me that it's
something that I would enjoy, saying that it's something I eat, though he knew that I am
a vegetarian. Bob would randomly take my laptop that I was working on and insert his own
USB. He did this a couple of times.  He started to dress similarly to me, and he also

bought the same Dodge Charger car of the same color that I had.  Intimidation and
mirroring are the most commonly used techniques to imbibe fear.  Bob constantly talked
about another person from the FBI who was very fierce and shot rubber bullets everywhere
and fired people from their jobs.


6]  I declined the US citizenship after I had already had a great interview, and
ultimately even gave up my greencard, which I had held for 23 years.  I was afraid that
if I took the
    citizenship, then I could actually be physically forced to do what they wanted
[including getting a top secret clearance and be taken to an unknown remote location that
they continually spoke to me about], because in the naturalization oath you have to agree
to certain conditions, one of which is to aid and help the US when and if requested.


7]  These Intelligence agencies turned my parents and other family members against me
and cut off millions of dollars [about $120 million USD] from my family business and
properties that was due to me as a partner and the only son. Funds and my partnership
business and bank accounts disappeared, and the communication with my parents stopped
completely regarding any business aspect. I was lied to by them, stating that the entire
group of the business is/was under heavy loss and debt, which is not true, as the profit
has only grown strongly year on year regardless of the economy and COVID outbreak. This
was a way to force me to seek employment and also to cut me off from my family. I had no
choice but to develop the software myself with minimal funds, which were also used to
move from Massachusetts to Virginia, to Spain, to India, to Massachusetts, to Ireland, to
Portugal, to India, to Rhode Island and to Ireland, where I am currently residing, all
within the last 10 years.


8]  My family and I were subject to the threat of imminent death and causing of severe
mental pain and suffering and the administration/application of mind-altering substances
and procedures calculated to disrupt profoundly the senses, personality and habits, while
at the same time propagating Christian Fundamentalism with full force.


9]  I was always kept in their spy quarters to be monitored 24/7 in realtime. Many of the
residences had sleep disturbance devices inside or outside that made tap sounds, or
    were ultrasounds or low and/or high-pitched sounds. Before starting any work that
required concentration, or if I were to just go out into the yard, I would be greeted by
sounds of loud chainsaws, lawnmowers, hammering and cutting of metal objects, fake bird
sounds, sound of low flying helicopters and much more as found conducive to their
directional surround sound playlist.  Actual real sounds were/are also present of course,
but the majority would be artificially generated. This is done to make me aware and to
prove a point that they are always there and that they will not let me live inside or
outside until I submit before them.

    -- 414 Sterling St., Lancaster, MA   Ken Brodmerkle, Landlord
        The landlord, Ken Broadmerkle said that he was one of the main prison guards at
Shirley Maximum Security Prison in Shirley, MA and stayed behind our house, and his
cousin who was a police officer stayed across the main road of our house.

        We were told of a person who was going to set up a christian cross outside our
rented house as a road side memorial for a person who had supposedly died there. Ken told
us that the person who was coming to set up the cross was "severely mentally unstable"
and could arrive at any time and act violently. Also, a "news reporter" came by to ask me
about the incident that had happened in the past before I moved in to the rented house.

    -- 325 White Pond Rd., Lancaster, MA  Rick and Terri Freeman, Landlords
        Right-across the street was a neighbor from Mitre who said he had worked in the
alarms division.  He never failed to mention how close of a friend he was to a "nice
Muslim man" who owned a store.

        The immediate right-side house neighbor was a woman with 7 kids with fanatic
christian beliefs, and the one beside her house was the person who cleared our snow, who
mentioned that he was a retired US army member.

    -- 15129 Eclipse Dr., Manassas, VA
        This house was in the heart of the members of the US army and intelligence
community. If you look at the neighborhood in which we stayed, you would see it is right

in the backyard of Woodbridge, VA, the Headquarters of the CIA.

A specific neighbor with 7 kids [not the same as the one mentioned above] talked about and once dropped their Christian booklet and emblems in our house. She came to our house and asked us why we do not have Santa and a Christmas tree and why we don't celebrate Christmas. Her husband mentioned that he worked for the NSA and cracked code, and that he would love to see if he could crack my code.

Another neighbor with whom we were friends had a husband who was an undercover officer for the FBI.

Our neighbor across the street was supposedly a firefighter who moved in 2 days after we moved in. He mentioned that his father worked at the Washington airport. Once, when I had shared a url link on my LinkedIn account of a Harvard University article detailing the methods used by the Secret Service to compromise businesses, his father came and struck up a conversation with me and my wife. He looked pretty angry and couldn't contain it, and said to me, "I hate the Yankees and I don't even look over or cross over the Potomac River into the North."

Our immediate neighbor named Bob, who actually held a retired senior post in the US army, would often throw large piles of leaves and other trash right over the fence into our yard even as I sat out working.

One of our neighbors who we had known had "JESUS IS LORD" written in bold letters behind his van, and the van would many times be in front of us when we would drive into or out of our neighbourhood. This gentleman once told us that he flies his plane on leisure, but makes sure that he does not even go close to the New York border.

One of my daughter's friend's father was a sniper on top of the White House for Mr. Trump who mentioned that he did not like traveling with him as he often went to his private residence/golf course.

Once on my visit to the Capitol, a person with whom my wife and I had interacted with mentioned that he was a helicopter pilot for Mr. Trump.

Another known couple who visited my house was a US Air Force helicopter pilot and her husband, who possibly worked at the Pentagon. Her husband would often speak about his plan of living an off-grid life in Montana between mountains.

A woman who we knew and who visited our home, mentioned that she worked at the CIA and did the photography at White Sands, New Mexico, capturing high-altitude videos and photography of equipment that was launched. She mentioned that after many days of stressful work, they got to do sand-boarding on the white sands in New Mexico. White Sands, NM is the missile range of the US military, and also specific to this, as gathered from the Wikipedia page, Mitre had also provided global navigation satellite system signal generation equipment for testing. Another interesting thing related to my 3-D multi-phase, multi-polarized, non-line-of-sight antennas and my Air Mesh, was similar technology on those lines at MITRE and the Naval Research Laboratory, who developed the Frequency-scaled Ultra-wide Spectrum Element (FUSE) antenna to increase the data transfer speed between ground users and satellites. Meshbed, a CubeSat launched into orbit by the Indian Space Research Organisation, was also in collaboration with Mitre and the DoD. This shows the involvement of Mitre, the DoD and the Indian government. Plus, this may have logical relevance to why the Indian person was placed next to me on my flight from Boston to San Jose, who specifically talked about antennas, frequencies, satellites etc as mentioned in point "4]" above.

The father of my daughter's friend mentioned that he worked at the Pentagon on Linux systems.

Another man from my daughter's Tae Kwon Do class often offered to take us on a full inside tour of the Pentagon because he worked there.

I was told by the property management that the rented house we lived in was owned by a retired US army officer.

We often heard long duration gunshots (not the military practice) from our yard. Once, a police officer stopped at our house as I worked outside in the front yard, and asked me if I heard gunshots and if I knew from which direction they were coming.

Most of these neighbors, whether they were visiting my house or outside, would pitch the company Amazon in various ways, as Amazon was, at that time, either a contender or holder of a multi-billion dollar cloud-computing contract from the Pentagon.  Even one of my neighbors, who was listed on the Child Sex Offender list would try to strike up a conversation with me when I walked down the street, in order to talk about and pitch Google.


10]  I was and am gang stalked in multiple different ways to always show that they are around and watching my family and me, and that they can take me anytime by surprise.

   The point of this gang stalking is to make me angry, continually imbibe fear and make me feel absolutely helpless with no support or help available. These incidents describe about 20% of my daily driving experiences:

   Examples of gang stalking:

   -- My vehicle would often be suddenly surrounded by large pickup trucks if I parked at a spot with either or all sides empty, and someone would open the door of their vehicle in such a manner that it would hit my car.

   -- Similarly, at gas stations, when I would stop to fill gas, I would first see a vehicle come behind me even if there were plenty of empty spots, and this vehicle would send an "all clear" message to others, and suddenly the gas station fueling facility would fill up with all kinds of vehicles, but mainly trucks with skulls and highly-tattoed individuals. Among these vehicles would be a vehicle belonging to the Army or similar other type of vehicle with their signature look to show that it belongs to the government, where the person dressed in uniform would happily and smirkingly walk into the gas station. This happened in Massachusetts and Virginia on a regular basis.

   -- When going to department stores like Walmart, etc., whenever I would be looking to get something, there would be a person out of nowhere that would come and stand right behind me facing me, simply to put pressure on me.  Also, if I would be browsing at something, someone would stretch their hand right across in front of me, acting to reach out to something, thus always invading my space.

   -- One specific incident happened at Cape Cod in Massachusetts when we were staying at the Hampton Inn hotel.  My family and I had gone out to pick up a pizza.  When my wife went inside to order a pizza and to wait, I remained outside sitting in the car.  At that point, my car was surrounded by several trucks.  I got out of the car, and to my surprise, I saw another man who happened to work at a senior management position at Boston University.  He got out of his car [not from one that was surrounding me] and walked towards the restaurant.  The idea was to force me to connect with this person from Boston University in the hope that I would return to employment at Boston University, as this was years later.

   -- Common incidents of tailgating my car with a large truck and revving the engine, coming up to the side of my car while driving or stopped at a signal, looking at me while revving the engine, challenging me to a "race"

   -- On a two-lane road, parking a larger vehicle on the side and opening the door completely.  Then, when I would move into the other lane to try to avoid the open door, there would be a speeding motorcycle or group of motorcycles that would squeeze right through with the hope that I would have a collision.

   -- Other vehicles would cut in from various blind spots or curves such that I would be taken by surprise and get confused and either go off the road or collide with someone else.

   -- Just to show that "they meant business", my vehicle would always obtain a new scratch[s] or dent[s] at locations where it would be obvious I would take immediate notice. They would often send a loud vehicle, or a loud reving motorcycle, chainsaw, gunshot sounding sounds etc to prove their point when I would notice the details.


11]  I have recognized at least five different agents used across different countries who have stalked my family and me.

   -- When we were staying at the Hampton Inn in Sturbridge, MA in July, 2020 a man

specifically made eye contact with me outside the hotel and mouthed the word "hi" while nodding.  I recognized this same person in Cork city in Ireland after we moved to Ireland, handing out to me Christian fanatic pamphlets on the street.  I told him, "Go into darkness," and his eyes filled with fear as though he was figured out.  He abruptly turned around and vanished into the crowd. After that on our way towards our car we saw a bald, old, fat person with tattoes all over revving his Harley, and as my family and myself went past him he started threateningly revving even more to scare us.

    -- I recognized another spy who was on the airplane on our flight from Boston, MA to Ireland on July 31, 2022.  He was seated right near me.  One day, while my family and I were out walking at Tommnafigna Woods in Tinahely, Ireland, this same man quietly snuck up behind us on his bicycle, riding very slowly, and took us by surprise when he asked to pass in front.  He did the same thing again when we were walking at another location in Hacketstown, Ireland, on a country road.  This time he was in a van, and he snuck up from behind while we were walking and talking on a slow back road.  His van got very close to us, until we turned around, and I recognized him as the same man.

        On the same flight, another older person seated in front of me also seemed quite familiar  As he got up from his aisle seat he got close to my aisle seat, looked at me and said "How's it going?" mirroring just like I say it. I have a good reason to believe that he is their boss/manager. When I replied back in the same mirrored manner and smiled in a manner that I knew who he was, upon landing, he shot out of the airport.

    -- The Irish Government, on behest of the US DoD are present at a lot of places, even at the Vodafone store here in Ireland to put fear in us. Here is how. We left the house to go to Gorey to get a phone plan from Vodafone. On the outskirts of Gorey we saw a van in front of us with an advertisement of a medical company, with bold letters stating that it does not carry any cash or drugs, suggesting that there are a lot of drug addicts who are in the habit of stealing either drugs or money from the van.  We had never seen anything of the sort, even after driving across Ireland for two years.  So, upon reaching the Vodafone store, it was clear that they had a different person at the store than who we had earlier spoken to over the phone.  I recognized him as the same Irish government detective who had updated my Irish Residency card in Clonmel.  Here, he was in the store acting as the manager. He struck up a conversation with my wife and mentioned that the main cause for trouble and danger in the world and mainly in Ireland were drugs and drug addicts.  When my wife mentioned that there were very dangerous streets and places in Boston where you may fear for your safety and life due to gun violence, this "manager" said, "Would you be surprised if I told you there were places in Gorey as dangerous as that?" We found this statement ridiculous and hilarious, as the dangerousness of Gorey would never compare to what is actual danger in larger cities in the US. On our way back to the car, around the corner, we saw a teenager laying across the wall with his hood covering his head fully and with loud music "acting as a potential druggie". This same government detective, while updating my Irish residency card, had talked about cocaine in relation to Cork. I have seen this Irish government detective/immigration officer/employee more than two times with different guises.

    I will be able to recognize, without even a second thought, numerous agents that have followed me wherever I moved. The rest of them were all present around my 15129 Eclipse Dr., Manassas, VA premise, who I have personally known along with my family, and at USPTO [United States Patent and Trademark Office], Boston University and a few other locations.


12] I can state that if the court would consider giving a reasonable opportunity for further investigation or discovery, there is a strong likelihood that the additional evidentiary support will show the full criminality and the intentions of the doers, directors and supporters and their collective unconstitutional collaborative practices.


RELIEF

Please see the attached document [relief.txt].

RELIEF
======

1] I would request the court to consider giving a reasonable opportunity for further
investigation or discovery, as there is a strong likelihood beyond a preponderance of a
reasonable doubt that the additional evidentiary support will show the full criminality
and the intentions of the doers, directors and supporters and their collective
unconstitutional collaborative practices against me and my family, and at the same time,
against the citizens and the Constitution of the United States of America.

2] I want all my project files opened and presented to me, which include everything done
to me and my family, and the names of the corporates and governments involved.

3] I want them to immediately stop, along with their partners and corporates, doing what
they are doing to me and my family.

4] I want an internal inquiry into this hidden group[s] that collectively commit the
types of severe unconstitutional crimes as described in my complaint, and I want them to
be dismantled and the perpetrators sent to prison.

5] I would like my Permanent Residence card [greencard] reinstated so that I can go
through the last step of taking the oath and accepting the US citizenship.


TOTAL AMOUNT FOR DAMAGES:

$2 Billion USD


The reasons I claim I am entitled to these damages are that the very federal government
agencies that are in place to protect the constitutional rights and individuals like
myself and my family have collectively and collaboratively conspired and imprisoned me
openly and deprived me of all the rights including the very basic right to life and the
right to live.


I want monetary compensation for:

   15+ years of continuous threat, harassment, torture and attempts on the life of me
and my family, including:

   -- the use of Christian fundamentalism to bully me across jurisdictions.

   -- Framing me as an Islamist fundamentalist and Russian Communist sympathizer and all
other framings that will turn their "high alert" on their various radars.

   -- Sabotaging my various business ventures from being successful, making me lose
billions in potential earnings, since my inventions in product forms were all world-
changing technologies.

   -- Stealing my software code and technical architecture in realtime as I was
developing it for parallel development in their lab/facilities.

   -- Turning my family and relatives against me and making orchestrative use of them as
their "mouthpieces", stifling of my funds of millions of dollars from my family business
partnership, the disappearance of my bank accounts with the funds and fraudulently
closing of the family business where I was a Partner.

   -- making me deny the U.S Citizenship and giving up of my greencard of over 23 years
of residence in the U.S.

   -- making me move along with my family at my own expense from  Massachusetts to
Virginia, to Spain, to India, to Massachusetts, to Ireland, to Portugal, to India, to
Rhode Island and to Ireland where they continued their operation at a much higher level.
Most of the places we moved to were all foreign and unknown to us.

   -- Constantly taunting me and making me feel that I was all alone and that there was

no possible way I could ever tell who was doing this.  Also, they made me feel that there is no possible way to report them, as they wanted me to believe that they have the power and ability to control every soul and can make me submit to their wishes.

   -- They have framed me and caused me to live in the imminent fear of death, plus, have used to their utmost convenience every method, medication, trickery, technology, corporate bodies and international governments in their fun expedition, and have made sure that they taunt me at every step to say that they control my soul.

   -- I have sustained substantial business losses for all the products and services made from my inventions, know-how and intellectual property.  Any one of my companies could have been listed, using multiple avenues, in the stock markets of one or more stock exchanges in various countries.  These are multi-billion dollar losses due to the conspiracy and sabotaging by the Department of Defense and their partners, to get me to submit what I made only to them, instead of me being successful all on my own.

   -- I already have a multi-million dollar family business where I am the only son.  I did not have to work at either Boston University or USPTO, but because these business funds were completely cut off, I had to do everything on my own with minimal funds, and everything I did on my own they sabotaged, one after the other, including my latest venture of building unique, very long-range light electric vehicles.

My Complaint may not be sufficient to measure the gravity and depth of what was inflicted upon me and also my family, of which many corporate and international government agencies are also witness to.

My unique situation brings to light an important and crucial finding and learning that the biggest threat to the very functioning and existence of United States of America as a nation is the Department of Defense [the Pentagon] and its collaboratively and collectively partnering organizations, corporates and international governments.

With the sole power of practically being able to do anything under the guise of security, the Department of Defense [the Pentagon] and partners have used the "security" loophole to enshackle and hold hostage openly and confidently with no fear or chance of a repercussion or consequence, the very democracy on which the United States of America was constituted.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          08/23/2023

Signature of Plaintiff          *Mehul Sharma*

Printed Name of Plaintiff       Mehul Sharma

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address